IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISIDRO JIMMY LOYA | NO. 1-20CR-077-H |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute
50 Grams and More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about August 6, 2020, in the Abilene Division of the Northern District of Texas, and elsewhere, **Isidro Jimmy Loya**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of Methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

<u>Count Two</u>
Possession of Firearms in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about August 6, 2020, in the Abilene Division of the Northern District of Texas, and elsewhere, **Isidro Jimmy Loya,** defendant, did knowingly possess firearms, to wit: a .40 caliber Springfield pistol, Model XD-40, serial number MG166085; a .38 caliber Taurus revolver, Model 85, serial number J593664; and a 20-gauge Maverick (by Mossberg) shotgun, Model 88, serial number MV0015180, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Fifty Grams and More of Methamphetamine (Actual), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), as charged in count one of this indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

<u>Count Three</u>
Convicted Felon in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about August 6, 2020, in the Abilene Division of the Northern District of Texas, and elsewhere, **Isidro Jimmy Loya**, defendant, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, firearms, to wit: a .40 caliber Springfield pistol, Model XD-40, serial number MG166085; a .38 caliber Taurus revolver, Model 85, serial number J593664; and a 20-gauge Maverick (by Mossberg) shotgun, Model 88, serial number MV0015180.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Isidro Jimmy Loya** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a .40 caliber Springfield pistol, Model XD-40, serial number MG166085; a .38 caliber Taurus revolver, Model 85, serial number J593664; and a 20-gauge Maverick (by Mossberg) shotgun, Model 88, serial number MV0015180.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
E-mail:      Juanita.Fielden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

ISIDRO JIMMY LOYA

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS AND MORE OF METHAMPHETAMINE (ACTUAL)<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |
| COUNT 2: | POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c). |
| COUNT 3: | CONVICTED FELON IN POSSESSION OF FIREARMS<br>Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). |

(3 COUNTS + FORFEITURE)

A true bill rendered:
Lubbock                                        _Nancy Burns_ Foreperson

Filed in open court this __10th__ day of November, 2020.

_____ Clerk

WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Isidro Jimmy Loya
Indictment - Page 5