IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 1:20-CR-077-H |
| ISIDRO JIMMY LOYA | |

## GOVERNMENT'S NOTICE
## OF ADMINISTRATIVE FORFEITURE OF CERTAIN PROPERTY

The United States of America gives notice that the Bureau of Alcohol, Tobacco, Firearms, and Explosive has completed administrative forfeiture proceedings against the .40 caliber Springfield pistol, Model XD-40, serial number MG166085; a .38 caliber Taurus revolver, Model 85, serial number J593664; and a 20-gauge Maverick (by Mossberg) shotgun, Model 88, serial number MV0015180 listed in the forfeiture notice in the Indictment in this case.  *See* Declaration of Administrative Forfeiture attached as Exhibit A.

Therefore, the government will not pursue judicial forfeiture of the above-listed property in this case and will not ask the Court for a forfeiture order as to those items.

[NOTHING FURTHER ON THIS PAGE]

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY


*/s/ Juanita Fielden*
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone: 325-672-8160
Email: Juanita.Fielden@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 17, 2021, I filed this document with the Clerk of Court for the U.S. District Court, Northern District of Texas, via the ECF system.

/s/ *Juanita Fielden*
JUANITA FIELDEN
Assistant United States Attorney
