U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

Agency Case Number : 781040-20-0126
Seizure Number : 02
Asset Identification : See Attached List

On 08/06/2020 at Abilene, TX, the described property(ies) was/were seized for forfeiture pursuant to 18 USC Section 924(d).

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from September 7, 2020 to October 6, 2020 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Patricia Lancaster/for* 12/29/2020

Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel



GOVERNMENT EXHIBIT A

**Asset List for Declaration of Administrative Forfeiture**          **December 28, 2020 ( 3:35 pm)**

**Agency Case:** 781040-20-0126 LOYA, Isidro (PROJECT GUARDIAN)          **Seizure No:** 02

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---|---|
| 20-ATF-026389 | Springfield Armory,Geneseo,IL XD-40 Pistol CAL:40 SN:M | $300.00 | MG166085 |
| 20-ATF-026391 | 15 Rounds Winchester-Western Ammunition CAL:40 | $1.50 | |
| 20-ATF-026393 | Mossberg Unknown Type Shotgun CAL:Unknown SN:MV0015180 | $125.00 | MV0015180 |
| 20-ATF-026394 | 4 Rounds Winchester-Western Ammunition CAL:20 | $.40 | |
| 20-ATF-026396 | Unknown Manufacturer Unknown Type Rifle CAL:Unknown SN | $1.00 | None |
| 20-ATF-026398 | 90 Rounds Unknown Ammunition CAL:223 | $9.00 | |

U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

Agency Case Number  :  781040-20-0126
Seizure Number      :  01
Asset Identification :  See Attached List

On 08/06/2020 at Abilene, TX, the described property(ies) was/were seized for forfeiture pursuant to 18 USC Section 924(d).

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days on the official government web site (www.forfeiture.gov) from September 7, 2020 to October 6, 2020 and was sent to each party who appeared to have an interest in this/these property(ies).

Because no claim was filed for the seized property within the time period provided by law from the date of the last publication of the Notice of Seizure or by the date required under the Personal Notice Letter mailed (whichever is applicable), it is hereby declared that the property referenced above by asset identification number or seizure number has been forfeited to the United States Government pursuant to Federal law.

*Patricia Lancaster/for*  12/29/2020

Associate Chief Counsel, Asset Forfeiture Division
Office of Chief Counsel

**Asset List for Declaration of Administrative Forfeiture**  **December 28, 2020 ( 3:32 pm)**

**Agency Case:** 781040-20-0126 LOYA, Isidro (PROJECT GUARDIAN)  **Seizure No:** 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---|---|
| 20-ATF-026382 | Taurus 83 Revolver CAL:38 SN:JS93664 | $150.00 | JS93664 |
| 20-ATF-026386 | 5 Rounds Federal Ammunition CAL:380 | $.50 | Null |